No. 72–5999.  ROOTS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–6004.  TATE *v.* HENDERSON, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 72–6005.  JACKSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–6010.  HOLLOMAN *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 72–6018.  LISZNYAI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6064.  LAYTON *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 72–6067.  MAGEE *v.* CARROW ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 72–6068.  WASHINGTON *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–6069.  WOODEN *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 72–6070.  MOORE *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 72–6072.  GOMEZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 72–6073.  RAMIREZ *v.* RODRIGUEZ, WARDEN.  C. A. 10th Cir.  Certiorari denied.